# Third District Court of Appeal

## State of Florida

Opinion filed January 18, 2017.

————————

No. 3D16-1451
Lower Tribunal No. 13-52-P

————————

**Gerald Urbanek,**
Appellant,

vs.

**In Re: The Matter of the Adoption of Richard DeMartino,**
Appellee.

An appeal from the Circuit Court for Monroe County, Luis M. Garcia, Judge.

Boyes, Farina & Matwiczyk, P.A. and John Farina (Palm Beach Gardens), for appellant.

Scott, Harris, Bryan, Barra & Jorgensen, P.A. and S. Brian Bull (Palm Beach Gardens), for appellee.

Before SUAREZ, C.J., and LAGOA and SALTER, JJ.

PER CURIAM.

In light of Appellee's concession that the adoption at issue in this matter should be vacated, we reverse and remand with instructions that the adoption be vacated.